THE PEOPLE EX REL. REYNOLDS v. THE BOARD OF COUNTY COMMISSIONERS OF RIO GRANDE COUNTY ET AL.

CASE FOLLOWED.
The doctrine announced in *The People ex rel. v. Rio Grande County, ante,* p. 229, is adhered to.

*Error to the District Court of Rio Grande County.*

Mr. E. F. RICHARDSON, for plaintiffs in error.

Mr. JESSE STEPHENSON and Mr. GEO. P. WILSON, for defendants in error.

Messrs. DOUD & FOWLER, *amici curiæ.*

REED, P. J., delivered the opinion of the court.

In this case the same legal questions are presented as in

*People ex rel. Rollins v. The Board of County Commissioners,* *ante,* p. 229, decided at this term.

The facts are so slightly variant that no examination and review of them is necessary in this opinion. The conclusion in that case must control this, and requires that the judgment be reversed and the cause remanded.

*Reversed.*